**2022-CC09787**

Electronically Filed - City of St. Louis - September 08, 2020 - 02:59 PM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| DEBORAH BOSHANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| vs. ) | |
| ) | Division No. |
| SAFECO INSURANCE COMPANY ) | |
| OF ILLINOIS, ) | |
| ) | Underinsured Motorist |
| SERVE:    CSC- Lawyers ) | In Excess of $25,000.00 |
| Incorporating Service ) | but no more than $75,000.00 |
| 221 Bolivar St. ) | |
| Jefferson City, MO 65101 ) | |
| ) | |
| Defendant. ) | |

## PETITION FOR DAMAGES

COMES NOW, Plaintiff Deborah Boshans, by and through her counsel, and

for her cause of action against Defendant Safeco Insurance Company of Illinois

states as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1.   At the time of the acts complained of herein and at all times mentioned,

Plaintiff Deborah Boshans (hereinafter "Plaintiff") is an individual and

resident of the state of Missouri.

2.   That Defendant Safeco Insurance Company of Illinois (hereinafter

"Defendant") is now and was at all relevant times herein an insurance

company duly authorized and licensed to do business in the State of

Missouri.

3.   That on or about January 11, 2016, Plaintiff was operating a vehicle

travelling northbound on McCausland Avenue in the City of St. Louis,

Electronically Filed - City of St. Louis - September 08, 2020 - 02:59 PM

Missouri, when Plaintiff's vehicle was struck on the front left side by an underinsured driver travelling southbound on McCausland Avenue.

4.    That the aforesaid collision was the direct and proximate result of the negligence and carelessness of said underinsured driver in the following respects to-wit:

a)    Said driver was inattentive and failed to keep a careful lookout; or

b)    Said driver failed to yield to Plaintiff's vehicle; or

c)    Said driver drove at a rate of speed above the applicable minimum limit; or

d)    Said driver failed to keep a safe distance between their vehicle and the vehicle driven by Plaintiff; or

e)    Said driver knew or by the highest degree of care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, and/or swerved, and/or slackened speed, and/or sounded a warning, but driver failed to do so.

5.    That as a direct and proximate result of the aforesaid negligence and carelessness of said underinsured driver, Plaintiff was caused to suffer injuries to her neck, upper back, shoulders, right leg, and the bones, joints, muscles, tendons, tissues, nerves, membranes, ligaments, skin and parts thereof were seriously bruised, contused, sprained, strained fractured, and made painful. That Plaintiff's injuries are serious, painful, and disabling, and will continue to be so in the future. Plaintiff has incurred medical expenses in the approximate amount of $32,000.00 dollars and will incur additional medical expenses in the future. That plaintiff has suffered loss of income and earning capacity.

Electronically Filed - City of St. Louis - September 08, 2020 - 02:59 PM

6.     That on January 11, 2016, Plaintiff was insured for the aforesaid mentioned occurrence by Defendant insurance company under a policy issued to the Plaintiff. That said policy contained underinsured motorist coverage. That said policy was in full force and effect on January 11, 2016.

7.     That Plaintiff has performed all conditions precedent under said insurance policy.

8.     Venue is proper under §508.010.4

WHEREFORE, Plaintiff prays judgment against Defendant, in an amount that is fair and reasonable in excess of Twenty-Five Thousand ($25,000.00) Dollars, but less than Seventy-Five Thousand ($75,000.00) Dollars together with her costs herein expended and for any other relief that this Court deems necessary and just.


Respectfully submitted,


**MANDEL, MANDEL,
MARSH, SUDEKUM, & SANGER**


By:     /s/ Daniel J. Marsh Jr.
        Daniel J. Marsh, #45807
        1010 Market Street, 8th Floor
        St. Louis, MO 63101
        PH: (314) 621-1701
        FX: (314) 621-4800
        dan@mandelmandel.com



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09787 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>DEBORAH BOSHANS | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL JOSEPH MARSH JR.<br>1010 MARKET STREET<br>SUITE 850 | Special Process Server 2 |
| vs. | ST. LOUIS, MO  63101 | Special Process Server 3 |
| Defendant/Respondent:<br> SAFECO INSURANCE COMPANY OF ILLINOIS | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Alias Summons in Civil Case

The State of Missouri to:  SAFECO INSURANCE COMPANY OF ILLINOIS
        **Alias:**

CSC LAWYERS INC SERVICE CO
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101
*COURT SEAL OF*

**COLE COUNTY**

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**November 10, 2020**
_____
            Date

_____
            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
    Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                                Date                                Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**Your Missouri Courts**

Search for Cases by: Select Search Method... ▾

.net

Judicial Links | eFiling | Help | Contact Us | Print

GrantedPublicAccess **Logoff MIKEDMAYES**

### 2022-CC09787 - DEBORAH BOSHANS V SAFECO INSURANCE COMPANY OF IL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ◉ Descending ○ Ascending

Display Options: All Entries ▾

11/10/2020 ☐ **Alias Summons Issued**
Document ID: 20-SMCC-15570, for SAFECO INSURANCE COMPANY OF ILLINOIS.

10/19/2020 ☐ **Alias Summons Requested**
Alias Summons.
    **Filed By:** DANIEL JOSEPH MARSH JR.
    **On Behalf Of:** DEBORAH BOSHANS

09/22/2020 ☐ **Jury Trial Scheduled**
    **Scheduled For:** 03/01/2021;  9:00 AM ;  REX M BURLISON;  City of St. Louis

09/11/2020 ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-13613, for SAFECO INSURANCE COMPANY OF ILLINOIS.

09/08/2020 ☐ **Filing Info Sheet eFiling**
    **Filed By:** DANIEL JOSEPH MARSH JR.

☐ **Pet Filed in Circuit Ct**
PETITION.
    **Filed By:** DANIEL JOSEPH MARSH JR.
    **On Behalf Of:** DEBORAH BOSHANS

☐ **Judge Assigned**

Case.net Version 5.14.12

Return to Top of Page

Released 11/10/2020